| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>ROSENTHAL, LEE H. | 2. Court or Organization<br><br>U.S.D.C.-S.D.TX | 3. Date of Report<br><br>08/12/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S.DISTRICT JUDGE-ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>515 RUSK<br>ROOM 11535<br>HOUSTON, TEXAS 77002 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. MEMBER, BOARD OF TRUSTEES | THE KINKAID SCHOOL |
| 2. MEMBER, BOARD OF OVERSEERS | THE RAND INSTITUTE FOR CIVIL JUSTICE |
| 3. MEMBER, BOARD OF TRUSTEES | RICE UNIVERSITY |
| 4. MEMBER, BOARD OF TRUSTEES | CENTER FOR AMERICAN AND INTERNATIONAL LAW |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Rosenthal, Lee H.

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/12/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | UNIVERSITY OF HOUSTON LAW FOUNDATION | $3,200.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | ▓▓▓▓▓▓ DIRECTOR'S FEES |
| 2. 2010 | ▓▓▓▓▓▓ PARTNER DISTRIBUTION |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | PENN STATE LAW SCHOOL | MARCH 25-26, 2011 | PHILADELPHIA, PA | PANELIST | AIRFARE & GROUND TRANSPORTATION |
| 2. | DEFENSE RESEARCH INSTITUTE | APRIL 6-7, 2011 | LAS VEGAS, NV | PANELIST | AIRFARE, MEALS & GROUND TRANSPORTATION |
| 3. | SEDONA CONFERENCE | APRIL 7-9, 2011 | PHOENIX, AZ | PANELIST | AIRFARE, MEALS & GROUND TRANSPORTATION |
| 4. | AMERICAN BAR ASSOCIATION | JUNE 17-19, 2011 | WHISTLER, CANADA | SPEAKER | AIRFARE, MEALS & GROUND TRANSPORTATION |
| 5. | AMERICAN LAW INSTITUTE | SEPTEMBER 11-12, 2011 | PHILADELPHIA, PA | ADVISERS MEETING | AIRFARE, HOTEL & GROUND TRANSPORTATION |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/12/2011 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | AMERICAN LAW INSTITUTE | OCTOBER 20-22, 2011 | NEW YORK, NY | COUNCIL MEETING | AIRFARE, HOTEL & GROUND TRANSPORTATION |
| 7. | UNIVERSITY OF TEXAS LAW SCHOOL | NOVEMBER 2-3, 2011 | AUSTIN, TX | SPEAKER | AIRFARE & GROUND TRANSPORTATION |
| 8. | GEORGETOWN UNIVERSITY LAW SCHOOL | NOVEMBER 17-19, 2011 | WASHINGTON, DC | PANELIST | AIRFARE, MEALS & GROUND TRANSPORTATION |
| 9. | LAWYERS FOR CIVIL JUSTICE | DECEMBER 2, 2011 | NEW YORK, NY | SPEAKER | AIRFARE & GROUND TRANSPORTATION |
| 10. | YALE LAW SCHOOL | DECEMBER 2-3, 2011 | NEW HAVEN, CT | SPEAKER | AIRFARE & GROUND TRANSPORTATION |
| 11. | GEORGE MASON UNIVERSITY | DECEMBER 5-6, 2011 | WASHINGTON, DC | SPEAKER | AIRFARE & GROUND TRANSPORTATION |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/12/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 8/12/2011 |

VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp- tion) | (2) Date: Month- Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Goldman Sachs Bank | A | div/int | | | closed | 7/2 | J | | |
| Amegy Bank Account | D | int | O | T | | | | | |
| Alief TX ISD 5.60% due 2/15/14 | C | int | | | redeem | 2/16 | L | | |
| Arkansas St College 0.00% due 6/1/15 | | None | N | T | | | | | |
| Austin TX Wtr 5.00% due 5/15/35 | D | int | N | T | buy | 1/25 | N | | |
| Azle TX ISD 0.00% due 2/15/14 | | None | N | T | | | | | |
| Bexar Cty, TX GO 5.25% due 6/15/23 | E | int | N | T | | | | | |
| Brazos Cty, TX 5.00% due 9/1/25 | D | int | N | T | | | | | |
| Chicago Brd Ed 0.00% due 12/1/19 | | None | L | T | | | | | |
| Clackamas OR Cmty Col 5.25% due 6/15/11 | E | int | N | T | | | | | |
| College Station ISD 4.6250% due 9/15/20 | D | int | N | T | | | | | |
| Dallas, TX 5.00% due 2/15/24 | D | int | N | T | buy | 6/24 | N | | |
| Denton, TX ISD 0.00% due 8/15/23 | | None | N | T | | | | | |
| District Columbia 5.00% due 6/1/17 | E | int | N | T | | | | | |
| Ft. Bend TX ISD 0.00% due 8/15/15 | | None | M | T | | | | | |
| Grand Prairie, TX ISD 0.00% due 8/15/33 | | None | M | T | | | | | |
| Grapevine-Colleyville ISD 0.00% due 8/15/23 | | None | M | T | | | | | |
| Harris Cty, TX, 3.25% due 10/1/12 | D | int | N | T | | | | | |
| Harris Cty, TX, 5.75% due 10/1/14 | E | int | N | T | | | | | |
| Harris Cty, TX, 5.00% due 10/1/19 | D | int | N | T | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000;
   H2=More than $5,000,000
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000;
   P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4=$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 22.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 8/12/2011 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day (2) | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Harris Cty, TX, 5.75% due 10/1/20 | D | int | M | T | | | | | |
| Houston, TX ISD 5.00% due 2/15/22 | D | int | M | T | | | | | |
| Houston, TX Wtr-Swr 5.50% due 12/1/11 | E | int | O | T | | | | | |
| Houston, TX Wtr-Swr 5.00% due 12/1/30 | E | int | O | T | | | | | |
| Houston, TX Pub Impt 5.375% due 3/1/15 | D | int | M | T | | | | | |
| Houston, TX Pub Impt 5.00% due 3/1/20 | E | int | O | T | | | | | |
| Laredo TX ISD 0.00% due 08/01/23 | | None | M | T | | | | | |
| Leander TX ISD 0.00% due 8/15/20 | | None | M | T | | | | | |
| Leander TX ISD 0.00% due 8/15/22 | | None | M | T | | | | | |
| Leander TX ISD 0.00% due 8/15/23 | | None | N | T | | | | | |
| Leander TX ISD 0.00% due 8/15/25 | | None | N | T | | | | | |
| Lewisville TX ISD 0.00% due 8/15/21 | | None | O | T | | | | | |
| Massachusetts St. Ons 5.25% due 11/1/30 | E | int | O | T | | | | | |
| Massachusetts St Spl Obg 5.00% due 6/1/21 | D | int | N | T | | | | | |
| Mesquite TX ISD 0.00% due 8/15/32 | | None | M | T | buy | 8/2 | N | | |
| Midlothian TX ISD 0.00% due 2/15/22 | | None | N | T | | | | | |
| New Haven, MI Schs 5.25% due 5/1/22 | E | int | O | T | | | | | |
| Northwest, TX ISD 5.00% due 2/15/16 | D | int | M | T | | | | | |
| Plano TX 5.00% due 9/1/18 | D | int | M | T | | | | | |
| Royse City, TX ISD 0.00% due 8/15/25 | | None | N | T | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=More than $5,000,000

2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4=$50,000,000 or more

3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

See explanatory footnotes on page 22.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 8/12/2011 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Schertz-Cibolo-Unvl City, TX 0.00% due 2/1/24 | | None | M | T | | | | | |
| Schertz-Cibolo-Unvl City, TX 0.00% due 2/1/25 | | None | M | T | | | | | |
| Snohomish Cty WA ISD 5.25% due 12/1/24 | D | int | N | T | | | | | |
| St of Florida 6.375% due 7/1/12 | E | int | O | T | | | | | |
| St of Illinois 5.00% due 6/1/22 | D | int | M | T | | | | | |
| St of Washington BO 0.00% due 12/01/21 | | None | O | T | | | | | |
| Texarkana, TX ISD 0.00% due 2/15/26 | | None | M | T | | | | | |
| TX Water Dev 5.00% due 10/1/23 | D | int | M | T | | | | | |
| University TX Univ 5.25% due 7/1/21 | E | int | N | T | | | | | |
| Weatherford, TX ISD 0.00% due 2/15/28 | | None | M | T | | | | | |
| Wylie, TX ISD 0.00% due 8/15/17 | | None | M | T | | | | | |
| Wylie, TX ISD 0.00% due 8/15/19 | | None | N | T | | | | | |
| Wylie, TX ISD 0.00% due 8/15/23 | | None | M | T | | | | | |
| JP Morgan Chase-Checking | | None | J | T | | | | | |
| HSA Bank | A | int | K | T | | | | | |
| Merrill Lynch Reserves (SP) | A | int | M | T | | | | | |
| Amegy Bank Account | | | | | | | | | combined with Line 2, Amegy Bank |
| Amegy Bank Account (SP) | | | | | | | | | combined with Line 2, Amegy Bank |
| American Express Bank, FSB | B | int | P1 | T | open | 12/2 | P1 | | |
| AIF V Private Investors LLC | | (1) (a) | (1) (a) | (1) (a) | | | | | |
| AIF VI Private Investors LLC | | (1) (a) | (1) (a) | (1) (a) | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=More than $5,000,000

2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4=$50,000,000 or more

3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

See explanatory footnotes on page 22.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 8/12/2011 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br><br>Amt.<br>Code 1<br>(A-H) | (2)<br>Type<br>(e.g., div., rent or int.) | (1)<br><br>Value<br>Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type<br>(e.g. buy,sell merger, redemp-tion) | (2)<br>Date:<br>Month-Day | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| AIF VII Private Investors LLC | | (1) (a) | (1) (a) | (1) (a) | | | | | |
| APAX Europe VII Private Investors, LLC | | (1) (a) | (1) (a) | (1) (a) | | | | | |
| Atlantic Trust Company, N.A. | A | div | J | T | | | | | |
| Avalon Advisors, L.P. | | (1) | K | U(1) | sell | (1) | K | | |
| Blackstone Natural Resources I, LP | | (13) | N | U(13) | sell | (13) | M | | |
| Blackstone Natural Resources II,LP | | (13) | M | U(13) | sell | (13) | K | | |
| Blackstone Natural Resources III,LP | | (13) | N | U(13) | sell | (13) | K | | |
| Blackstone Hatfield Royalty, L.P. | | (13) | L | U(13) | sell | (13) | J | | |
| Blackstone Ivory Working Interests, LP | | (13) | M | U(13) | | | | | |
| Blackstone Overline Acquistion, L.P. | | (13) | L | U(13) | sell | (13) | K | | |
| Blackstone Ivory Acquisition Partners, L.P. (direct) | G | rents, royalties | P1 | Q(13) | | | | | |
| Blackstone O'Connell Partners, LP | | (13) | M | U(13) | sell | (13) | J | | |
| Blackstone Raptor, L.P. | | (13) | N | U(13) | buy | (13) | N | | |
| Arrowhead Research Corp | | None | J | (11) | | | | | |
| Carlyle Asia Partners II | | (1) (a) | (1) (a) | (1) (a) | | | | | |
| Carlyle Japan International Partners II, L.P. | | (1) | L | U(1) | buy | (1) | J | | |
| CD&R Fund VII Private Investors, LLC | | (1) (a) | (1) (a) | (1) (a) | | | | | |
| CB-Common | | None | M | T | buy | 11/17 | M | | |
| Emerald Marina Bay | | (1) | M | U(1) | | | | | |
| Emerald Cambridge | | (1) | J | U(1) | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1= ,000,000;
  H2=More than $5,000,000
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000;
  P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 22.

FINANCIAL DISCLOSURE REPORT (cont'd)

VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day (2) | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Emerald Marina Cove | | (1) | J | U(1) | | | | | |
| Emerald Marina Shores | | (1) | J | U(1) | | | | | |
| Energy Capital Investors Fund, LLC | | (1) | M | U(1) | buy | (1) | K | | |
| EQIX-Common | | None | M | T | distribution | 5/25 | K | | distribution from CapStreet II, L.P. |
| | | | | | distribution | 5/25 | K | | distribution from CapStreet Parallel II, L.P. |
| | | | | | partial buy | 8/25 | K | | |
| FAIRX-Common | E | div | N | T | buy | 3/15 | L | | |
| | | | | | partial buy | 4/5 | L | | |
| | | | | | partial buy | 4/29 | K | | |
| | | | | | partial buy | 11/8 | L | | |
| FDC Group McKinney, Ltd | | (1) | M | U(1) | | | | | |
| First Reserve Fund XI, L.P. | | (1) | N | U(1) | sell | (1) | J | | |
| First Reserve Fund XII, L.P. | | (1) | M | U(1) | buy | (1) | L | | |
| Goldman Sachs Bank | A | int/div | K | T | | | | | |
| Goldman Mt. Kellett | | (1) (a) | (1) (a) | (1) (a) | | | | | |
| Hawkins Investment Partnership | | (1) | P2 | U(1) | | | | | |
| | | (1) | J | U(1) | | | | | |
| | | (1) | J | U(1) | partial buy | 6/20 | K | | |
| | | | | | partial buy | 12/15 | K | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=More than $5,000,000
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4=$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 22.

9

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 8/12/2011 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp- tion) | (2) Date: Month- Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| HMTF Europe Private Fund | | (1) | J | U(1) | | | | | |
| HMTF Fund IV | | (1) | K | U(1) | sell | (1) | J | | |
| INTC-Common | | None | M | T | buy | 11/17 | M | | |
| IXC-Common | D | div | O | T | | | | | |
| IYK-Common | E | div | O | T | partial sell | 9/27 | N | F | |
| | | | | | partial sell | 9/28 | M | E | |
| | | | | | partial sell | 9/29 | M | E | |
| | | | | | partial sell | 10/4 | M | E | |
| JPMorgan Chase Investment Account | A | int | L | T | | | | | |
| KKR 2006 Private Investors, LLC | | (1) (a) | (1) (a) | (1) (a) | | | | | |
| Merrill Lynch Reserves (CMA) | D | int/div | P1 | T | | | | | |
| ▓▓▓Common | | None | M | T | | | | | |
| Neffis Holdings, LLC | | (1) | J | U(1) | | | | | |
| NSRGY ADR | | None | N | T | buy | 11/17 | M | | |
| | | | | | partial buy | 12/9 | K | | |
| NTRS-Common | | None | N | T | buy | 11/17 | M | | |
| | | | | | partial buy | 12/9 | L | | |
| ▓▓▓Options | | None | J | (9) | exercise | 3/25 | M | G | |
| | | | | | exercise | 3/31 | K | E | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000;
  H2=More than $5,000,000
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000;
  P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 22.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 8/12/2011 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day (2) | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ▓▓-Options (cont'd) | | | | | exercise | 11/15 | L | F | |
| | | | | | exercise | 12/2 | L | F | |
| ▓▓-Restricted Stock | | None | (9) | (9) | | | | | |
| ▓▓-Common | | None | O | T | | | | | |
| PEP-Common | | None | M | T | buy | 11/17 | M | | |
| PG-Common | | None | M | T | buy | 11/17 | M | | |
| Platform Partners, LLC | | (1) | O | U(1) | sell | (1) | K | | |
| SCFIV-3i, L.P. | | | | | sell | (1) | M | | |
| SCF-V, L.P. | | (1) | L | U(1) | sell | (1) | K | | |
| SCF-VI, L.P. | | (1) | M | U(1) | buy | (1) | J | | |
| SCF-VII, L.P. | | (1) | M | U(1) | buy | (1) | M | | |
| Seminole | | (13)(a) | (13)(a) | (13)(a) | | | | | |
| SJKI-Common | | None | K | T | | | | | |
| SRE Properties, LP | | (1) | J | U(1) | sell | (1) | J | | |
| ▓▓ I, LP #1 | | (1) | O | U(1) | | | | | |
| ▓▓ LP | | (1) | L | U(1) | partial sell | (1) | M | | |
| ▓▓ , LLC | | (1) | K | U(1) | partial sell | (1) | K | | |
| ▓▓ LLC | | (1) | J | U(1) | buy | (1) | J | | |
| ▓▓ LP | | (1) | P1 | U(1) | partial sell | 6/11 | K | | |
| | | | | | partial sell | 8/12 | N | | |
| | | | | | partial sell | 9/17 | M | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=More than $5,000,000
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4=$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 22.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 8/12/2011 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| II, LP | | (1) | L | U(1) | partial buy | 1/6 | J | | |
| | | | | | partial buy | 3/22 | J | | |
| | | | | | partial buy | 7/16 | M | | |
| | | | | | partial sell | 4/13 | J | | |
| | | | | | partial sell | 9/17 | K | | |
| GP, LP | | (1) | K | U(1) | partial buy | 3/22 | J | | |
| | | | | | partial buy | 7/16 | K | | |
| | | | | | partial buy | 7/29 | K | | |
| | | | | | partial sell | 4/13 | J | | |
| | | | | | partial sell | 9/17 | J | | |
| LP | | (1) | K | U(1) | partial buy | 12/10 | N | | |
| III, LP | | (1) | M | U(1) | | | | | |
| LP | | (1) | K | U(1) | | | | | |
| LLC | | (1) | J | U(1) | | | | | |
| | | (1) | J | U(1) | | | | | |
| | | (1) | N | U(1) | | | | | |
| | | (1) | O | U(1) | | | | | |
| | | (1) | J | U(1) | | | | | |
| | | (1) | O | U(1) | | | | | |
| | | (1) | L | U(1) | | | | | |
| | | (1) | M | U(1) | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=More than $5,000,000

2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more

3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

See explanatory footnotes on page 22.

FINANCIAL DISCLOSURE REPORT (cont'd)

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 8/12/2011 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure. | (1) Amt. Code I (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day (2) | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ▓▓▓▓▓▓▓▓▓▓ | | (1) | M | U(1) | | | | | |
| ▓▓▓▓▓▓▓▓▓▓ | | (1) | N | U(1) | | | | | |
| ▓▓▓▓▓▓▓▓▓▓ | | (1) | N | U(1) | | | | | |
| ▓▓▓▓▓▓▓▓▓▓ | A | div/int | M | T | | | | | |
| Sternhill Affiliates I, LP | | (1) | J | U(1) | | | | | |
| Sternhill Partners I, LP | | (1) | L | U(1) | | | | | |
| CapStreet II, LP | | (1) | K | U(1) | sell | (1) | M | | |
| | | | | | distribution | 5/25 | K | | distribution to filer |
| CapStreet Parallel II, LP | | (1) | K | U(1) | sell | (1) | N | | |
| | | | | | distribution | 5/25 | K | | distribution to filer |
| JP Morgan Chase-Checking, Houston, TX | A | int | J | T | | | | | |
| JP Morgan Chase-Checking, Houston, TX-S | A | int | J | T | | | | | |
| TROW-Common | C | div | N | T | | | | | |
| VIG-ETF | C | div | N | T | buy | 9/8 | L | | |
| | | | | | partial buy | 9/20 | L | | |
| | | | | | partial buy | 12/9 | L | | |
| VWNAX-Mutual Fund | D | div/int | | | sell | 9/23 | O | G | |
| VMSXX-Mutual Fund | C | div/int | O | T | | | | | |
| VTCLX-Mutual Fund | A | div/int | P1 | T | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000;
  H2=More than $5,000,000
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000;
  P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 22.

13

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| VUSXX-Mutual Fund | A | div/int | J | T | | | | | |
| VWLUX-Mutual Fund | F | div/int | | | partial sell | 11/16 | N | | |
| | | | | | partial sell | 11/16 | O | | |
| | | | | | sell | 11/16 | M | | |
| VLCAX-Mutual Fund | D | div/int | N | T | | | | | |
| WLR Recovery IV Investors, LLC | | (1) | M | U(1) | buy | (1) | J | | |
| Certain LLC 1/18 | | (13) | J | U(13) | | | | | |
| Certain Limited Partners 1/39 | | (13) | K | U(13) | | | | | |
| Certain Limited Partners 2/54 | | | | | | | | | |
| - Elliott Associates, L.P. | | (1) | M | U(1) | buy | (13) | J | | |
| - West Cam, L.P. | | (13) | M | U(13) | sell | (13) | M | | |
| - MP GEO, LLC | | (13) | J | U(13) | sell | (13) | K | | |
| Certain LLC 2/54 | | | | | | | | | |
| - Elliott Associates, L.P. | | (1) | J | U(1) | buy | (13) | J | | |
| - West Cam, L.P. | | (13) | J | U(13) | sell | (13) | J | | |
| - MP GEO, LLC | | (13) | J | U(13) | sell | (13) | J | | |
| *IRA #1 (2)* | A | div/int | P1 | T/U | | | | | |
| US Treasury Zero% Obligations | | | | | | | | | |
| Goldman Sachs Bank | | | | | closed | 6/10 | L | | |
| Merrill Lynch Cash Reserves X | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=More than $5,000,000

2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4=$50,000,000 or more

3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

See explanatory footnotes on page 22.

14

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 8/12/2011 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Amegy Bank Account | | | | | | | | | |
| VUSXX-Mutual Fund | | | | | | | | | |
| *IRA #2 (2)* | F | div/int | P2 | T/U | | | | | |
| Merrill Lynch Cash Reserves          X | | | | | | | | | |
| US Treasury Zero% Obligations | | | | | | | | | |
| US Treas Zero% due 11/15/10 | | | | | matured | 11/15 | N | | |
| US Treas 2.375% due 1/15/17 | | | | | | | | | |
| ADP-Common Stock | | | | | sell | 4/12 | K | D | |
| Amegy Bank Account | | | | | | | | | |
| CB-Common Stock | | | | | | | | | |
| DEO-Common Stock | | | | | | | | | |
| FAIRX-Mutual Fund | | | | | | | | | |
| Goldman Sachs Bank | | | | | closed | 11/19 | K | | |
| GS Liberty Harbor | | | | | | | | | |
| Hawkins Investment Partnership, L.P. | | | | | | | | | |
| SJKI-Common Stock | | | | | | | | | |
| VUSXX-Mutual Fund | | | | | | | | | |
| VGELX-Mutual Fund | | | | | sell | 4/5 | M | | |
| VMMXX-Mutual Fund | | | | | | | | | |
| WRI-Investors Shares | | | | | | | | | |
| VIG-Common | | | | | buy | 9/8 | L | | |

1 Income/Gain Codes:  A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=More than $5,000,000

2 Value Codes:  J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4=$50,000,000 or more

3 Value Method Codes:  Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

See explanatory footnotes on page 22.

FINANCIAL DISCLOSURE REPORT (cont'd)

VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp- tion) | (2) Date: Month- Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| *Foundation #1 (terminated as of December 9, 2010)* | | | | | | | | | |
| Merrill Lynch Cash Reserves | A | div/int | | | transfer | 12/17 | M | | Donor Advised Fund |
| Amegy Bank | C | int | | | close | 10/19 | M | | |
| ADP-Common | B | div | | | sell | 4/5 | L | D | |
| CB-Common | C | div | | | transfer | 11/3 | M | | Donor Advised Fund |
| Fairholme-Mutual Fund | A | div/int | | | transfer | 11/3 | N | | Donor Advised Fund |
| LUV-Common | A | div | | | transfer | 11/3 | L | | Donor Advised Fund |
| VWNAX-Mutual Fund | C | div/int | | | transfer | 11/2 | N | | Donor Advised Fund |
| VUSXX-Mutual Fund | A | div/int | | | transfer | 11/2 | L | | Donor Advised Fund |
| VMMXX-Mutual Fund | A | div/int | | | transfer | 11/2 | J | | Donor Advised Fund |
| WRI-Investors Shares | A | div | | | sell | 4/5 | K | | |
| *The F Trust (2)* | | None | N | V | | | | | |
| - John Hancock Life Policy Equity Income | | | | | | | | | |
| - ING/Security Life Policy AIM VI Core Equity | | | | | | | | | |
| - Prudential Life Paid Up Policy | | | | | | | | | |
| *The XYZ Trust (2)* | E | div/int/royalt | P2 | T/U | | | | | |
| - AIF V Private Investors LLC | | | | | (1) (a) | | | | |
| - AIF VI Private Investors LLC | | | | | (1) (a) | | | | |
| - Atlantic Trust Company, N.A. | | | | | | | | | |
| - Avalon Advisors, L.P. | | | | | sell | (1) | J | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=More than $5,000,000
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4=$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 22.

# FINANCIAL DISCLOSURE REPORT (cont'd)

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| - Arrowhead Research Corp | | | | | | | | | |
| - Carlyle Asia Partners II | | | | | (1) (a) | | | | |
| - CD&R Fund VII Private Investors, LLC | | | | | (1) (a) | | | | |
| - Emerald Cambridge LLC | | | | | | | | | |
| - Emerald Marina Cove LLC | | | | | | | | | |
| - Emerald Marina Shores LLC | | | | | | | | | |
| - Energy Capital Investors Fund, LLC | | | | | buy | (1) | J | | |
| - EQIX-Common | | | | | distribution | 5/25 | K | | distribution from CapStreet II, L.P. |
| | | | | | distribution | 5/25 | K | | distribution from CapStreet Parallel II, L.P. |
| - FDC Group McKinney, Ltd. | | | | | | | | | |
| - First Reserve Fund XI, L.P. | | | | | sell | (1) | J | | |
| - First Reserve Fund XII, L.P. | | | | | buy | (1) | K | | |
| - Goldman Sachs Accts | | | | | | | | | |
| - Goldman Sachs KMI Investors, L.P. | | | | | sell | (1) | K | | |
| - Goldman Mt. Kellet | | | | | (1) (a) | | | | |
| - Hawkins Investment Partnership, L.P. | | | | | | | | | |
| - HMTF Fund IV | | | | | sell | (1) | J | | |
| - HMTF Europe Private Fund | | | | | | | | | |
| - IYK | | | | | | | | | |
| - JPMorgan Chase Investment Account | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=More than $5,000,000
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4=$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 22.

FINANCIAL DISCLOSURE REPORT (cont'd)

VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure. | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g buy, sell merger, redemp-tion) | (2) Date: Month-Day (2) | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| - KKR 2006 Private Investors, LLC | | | | | (1) (a) | | | | |
| - Merrill Lynch Reserves | | | | | | | | | |
| - Neffis Holdings, Inc. | | | | | | | | | |
| - Platform Partners LLC | | | | | sell | (1) | K | | |
| - SCF-IV-3I, L.P. | | | | | sell | (1) | M | | |
| - SCF V, L.P. | | | | | sell | (1) | J | | |
| - SCF VI, L.P. | | | | | buy | (1) | J | | |
| - SCF VII, L.P. | | | | | buy | (1) | M | | |
| - Seminole | | | | | (13) (a) | | | | |
| - ▓▓▓▓ L.P. | | | | | | | | | |
| - ▓▓▓▓ LP | | | | | | | | | |
| - ▓▓▓▓ LP | | | | | buy | (1) | L | | |
| - Sternhill Partners I, LP | | | | | | | | | |
| - Sternhill Affiliates I, LP | | | | | | | | | |
| - SJKI-Common | | | | | | | | | |
| - SRE Properties, LP | | | | | sell | (1) | J | | |
| - CapStreet II, LP | | | | | sell | (1) | L | | |
| | | | | | distribution | 5/25 | K | | distribution to XYZ |
| - CapStreet Parallel II, LP | | | | | sell | (1) | M | | |
| | | | | | distribution | 5/25 | K | | distribution to XYZ |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=More than $5,000,000
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4=$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 22.

18

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 8/12/2011 |

VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| - Certain Limited Partners 1/39 | | | | | | | | | |
| - Certain Limited Partners 2/54 | | | | | | | | | |
| - Elliott Associates, L.P. | | | | | buy | (13) | J | | |
| - West Cam, L.P. | | | | | sell | (13) | M | | |
| - MP GEO, LLC | | | | | sell | (13) | K | | |
| - VEA | | | | | | | | | |
| - VUSXX-Mutual Fund | | | | | | | | | |
| - VTGLX-Mutual Fund | | | | | sell | 9/23 | M | E | |
| - VTCLX-Mutual Fund | | | | | partial sell | 9/23 | M | G | |
| - VMSXX-Mutual Fund | | | | | | | | | |
| - VGTSX-Mutual Fund | | | | | | | | | |
| - WLR Recovery IV Investors, LLC | | | | | buy | (1) | J | | |
| #2 Trust (R8) (2) | E | div/int | P1 | T | | | | | all #1Trust (R5) assets transferred here |
| - Merrill Lynch Reserves | | | | | | | | | |
| - Amegy Bank Account | | | | | | | | | |
| - IYK | | | | | | | | | |
| - VIG | | | | | buy | 9/23 | M | | |
| - VTCLX-Mutual Fund | | | | | | | | | |
| - VTGLX-Mutual Fund | | | | | | | | | |
| - VUSXX-Mutual Fund | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=More than $5,000,000
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 22.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 8/12/2011 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemption) | (2) Date: Month-Day (2) | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| - VMSXX-Mutual Fund | | | | | | | | | |
| - VWNFX-Mutual Fund | | | | | | | | | |
| *#3 Trust (H8) (2)* | D | div/int | O | T | | | | | |
| - Merrill Lynch Reserves | | | | | | | | | |
| - VTCLX-Mutual Fund | | | | | | | | | |
| - VUSXX-Mutual Fund | | | | | | | | | |
| - VMSXX-Mutual Fund | | | | | | | | | |
| - VFINX-Mutual Fund | | | | | conversion | 5/6 | L | | converted to VFIAX |
| - VFIAX-Mutual Fund | | | | | conversion | 5/6 | L | | converted from VFINX |
| *#1 Trust (R5) (2)* | D | div/int | | | | | | | trust terminated in 2010 |
| - Merrill Lynch Reserves | | | | | | | | | all #1 Trust (R5) assets transferred to |
| - Amegy Bank Account | | | | | | | | | #2 Trust (R8) |
| - IYK | | | | | | | | | |
| - VTCLX-Mutual Fund | | | | | | | | | |
| - VTGLX-Mutual Fund | | | | | | | | | |
| - VMSXX-Mutual Fund | | | | | | | | | |
| - VUSXX-Mutual Fund | | | | | | | | | |
| *U.S. Savings Bonds (3)* | | None | N | T | | | | | |
| VUSXX-Mutual Fund #1 | A | div/int | K | T | | | | | |
| VMSXX-Mutual Fund #1 | A | div/int | M | T | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=More than $5,000,000
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4=$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 22.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 8/12/2011 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | | If not exempt from disclosure | | | |
| VUSXX-Mutual Fund #2 | A | div/int | J | T | | | | | |
| VMSXX-Mutual Fund #2 | A | div/int | J | T | | | | | |
| Amegy Bank Account #2 | B | int | M | T | | | | | |
| VUSXX-Mutual Fund #3 | A | div/int | J | T | | | | | |
| VMSXX-Mutual Fund #3 | A | div/int | J | T | | | | | |
| Amegy Bank Account #3 | B | int | M | T | | | | | |
| VUSXX-Mutual Fund #4 | A | div/int | J | T | | | | | |
| VMSXX-Mutual Fund #4 | A | div/int | J | T | | | | | |
| Amegy Bank Account #4 | B | int | M | T | | | | | |
| Merrill Lynch Reserves #1 | A | div/int | L | T | | | | | |
| Merrill Lynch Reserves #2 | A | div/int | K | T | | | | | |
| - VEU | A | div | J | T | | | | | |
| - MGC | A | div | J | T | | | | | |
| Merrill Lynch Reserves #3 | A | div/int | K | T | | | | | |
| Merrill Lynch Reserves #4 | A | div/int | K | T | | | | | |
| JPM Chase Checking #3 | A | int | J | T | | | | | |
| JPM Chase Checking #4 | A | int | J | T | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=More than $5,000,000
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 22.

(1)     Private entities including private company investment partnerships. For private companies, valuation is based on net book value. For such entities, valuation (Column C(2)) is based on capital account as set forth on form K-1 and income and gain is included (to the extent distributed) in net cash paid or received (as described below) under column D(3) and not in Column B and/or Column D(4). Where filer is a passive owner with no control over investments or timing of calls or distributions, such cash distributions and calls are set forth in Column D(3) as a net aggregate amount for the reporting period. "Buy" indicates net cash paid into the entity and "sell" indicates net cash paid by entity to filer.

(1) (a) In connection with Footnote (1) private company investment partnerships, in absence of receipt of K-1 by filer by filing date, no information is provided as to income, gross value or transaction values.

(2)     Amounts indicated are aggregate net amounts for entire beneficial interest of trust or IRA.

(3)     U.S. Savings Bonds are valued at stated face value of bonds.

(4)     Purchase and sale price of regular interest paying bonds excludes accrued interest. Interest income on regular interest paying bonds excludes accrued interest bought or sold. Gain indicated on redeemed bonds represents only the redemption amount (and premium, if any) in excess of principal amount. Bond premium or discount at purchase is assumed to be fully amortized for purposes of calculating gain or loss on sale, redemption or maturity on regular interest paying bonds, and such amortization does not affect interest reported annually.

(5)     No interest income is included in Interest Income Column B(1) on zero coupon bonds. Total to date accreted interest for zero coupon bonds is included in Value Column C(1). On maturity of zero coupon bonds, total accreted interest is included in Value Column D(3). On maturity, redemption, or sale of zero coupon bonds, Value Column D(3) is the maturity value, redemption price, or sales price and Gain Column D(4) reflects the difference between the maturity value, redemption price, or sales price and the original cost.

(6)     All mutual fund reinvested dividends, interest and capital gains are not separately shown as new purchases, but are included in the end of period (ColumnC(2)) values. All unreinvested distributions from mutual funds (dividends, interest and capital gains) are included in Column B(1). Money market mutual funds set forth aggregate dividend/interest paid for year and end of year value only.

(7)     Municipal and U.S. Treasury bond values reflected in Value Column C(2) are based on market value.

22

(8)     No transaction value or gain or loss is reported on non-taxable exchanges of one security for another or spin-offs of securities or stock dividends. If publicly traded, the value as of the date of the transaction when such security is received is reflected in Column C(1) Gross Value. In instances noted in first sentence, any gain is reported only when the new security is sold.

(9)     ▓▓▓▓ received options for compensation. Vested options are valued at spread between (1) exercise price and (2) market value in the case of publicly traded securities or exercise price in the case of nonpublic securities. Unvested options are given no value. Restricted stock is not valued during restriction period. After restrictions lapse, restricted stock is reflected as owned shares.

(10)    Oil and Gas interests – value not known to filer.

(11)    Private company – value not known to filer.

(12)    Inadvertently omitted in prior year report.

(13)    Passive oil, gas or seismic investment – treated as a Footnote (1) or (1) (a) [see above] holding.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544